Richard R. Therrien, State Bar Number 135414
**LAW OFFICE OF RICHARD R. THERRIEN**
2691 Dow Ave., Ste. "F"
Tustin, Calif. 92780
Telephone: (714) 361-8130
Facsimile:   (714) 361-8151
Richard@rrtlawoffices.com

Attorney for Defendants LOOMIS-THERRIEN, A LAW CORPORATION and TARY C. LOOMIS-THERRIEN;

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON THOMAS,<br>           Plaintiff,<br>vs.<br><br>LOOMIS-THERRIEN, A LAW CORPORATION; TARY C. LOOMIS-THERRIEN, as an individual,<br>           Defendants. | Case No: EDCV14-00979-CAS-JCx<br><br>Hon. Christina A. Snyder<br><br>[PROPOSED] ORDER SUSTAINING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S VERFIED COMPLAINT.<br><br>Date: August 11, 2014<br>Time: 10:00 A.M.<br>Court Rm: 5 – 2nd Floor<br><br>Complaint Filed: May 15, 2014<br>Trial Date:   Not Assigned |

The Motion to Dismiss filed by Defendants Tary C. Loomis-Therrien and Loomis-Therrien, A Law Corporation (the "Defendants") to the Verified Complaint of Plaintiff Deon Thomas ("Plaintiff"), came on for hearing on August 11, 2014 at 10:00 a.m. in Courtroom 5-2nd Floor of the above entitled Court.  All appearances are noted on the record.  The court being fully advised and good cause appearing therefore:

  IT IS HEREBY ORDERED THAT;

1. Defendants' request for Judicial Notice for Exhibits 1 through 5 hereby GRANTED.   Cal. Evid. Code §452, subds (c),(d) and (h);

2. Defendants' request for the Court to take into consideration Exhibit 2 hereby GRANTED.

3. Defendants' Motion to Dismiss is sustained without leave to amend because Plaintiff's Verified Complaint fails to state a claim upon which relief can be granted against Defendants.

4. Each of Plaintiff's claims and Counts against Defendant in the Verified Complaint shall be and hereby are, dismissed, with prejudice; and,

5. Judgment shall be entered in favor of Defendants.

IT IS SO ORDERED.

Dated:                                                   _____

                                                                Hon.  Christina A. Snyder