1   Deon Thomas, Plaintiff
    14626 Red Gum Street
2   Moreno Valley, CA 92555
    951-413-9071
3   dlthomas32@gmail.com

FILED

2014 JUL 28  PM 12: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon Thomas; | ) Case No: EDCV14-00979-CAS-JCx |
| *Plaintiff* | ) |
| | ) PLAINTIFFS' NOTICE OF MOTION |
| | ) AND MOTION FOR LEAVE TO FILE |
| v. | ) SUR-REPLY TO DEFENDANT'S |
| | ) REPLY TO PLAINTIFF'S |
| Loomis-Therrien, A Law | ) OPPOSITION TO DEFENDANT'S |
| Corporation; | ) MOTION TO DISMISS |
| | ) |
| Tary C. Loomis-Therrien, as an | ) Date: September 3, 2014 |
| individual | ) Time: 10:00 A.M. |
| | Court Rm: 5 – 2nd Floor |
| *Defendants* | |
| | Complaint Filed: May 15, 2014 |
| | Judge: Hon. Christine A Snyder |

**TO THIS HONARABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF**

**RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on September 3, 2014, at 10:00 a.m. in the above referenced

Court located at 3470 Twelfth Street, Riverside, CA 92501, before the Honorable Judge Christina A,

Snyder, Plaintiff Deon Thomas ("Plaintiff"), who respectfully request leave of the Court to file the

attached sur-reply addressing new evidence in the reply brief in support of Defenant's Loomis-

Therrien, A Law Corporation ("Loomis") and Tary C. Loomis-Therrien ("Tary C."), ("Collectively

Defendant's") motion.

1    Plaintiffs' filing brings to the attention of the Court of new evidence brought forth in

2    Defendant's Reply to Plaintiffs' opposition to their motion as Exhibit A-D and Declaration of Tary C,

3    which is disputed. The Court should consider this as a Motion for Summary Judgment, because in a

4    Motion to Dismiss you can't consider anything outside the pleading or else it be converted by the

5

6    Judge to a Summary Judgment Motion, unless it is a matter of record in another Court case or public

7    record, pursuant to Federal Rules of Civil Procedures ("FRCP") 56. As a general rule, the Court may

8    not consider any material beyond the pleadings in ruling on a Rule 12(b)(6) motion. Lee v. City of

9    Los Angeles, 250 F.3d 668, 688 (9th Cir. 2001). Pursuant to Federal Rule of Evidence 201, the Court

10   may take judicial notice of "matters of public record" without converting a motion to dismiss into a

11

12   motion for summary judgment. MGIC Indem. Corp. v. Weisman, 803 F.2d 500, 504 (9th Cir. 1986).

13   However, the Court may not take judicial notice of a fact that is "subject to reasonable dispute."

14   Here, Plaintiff dispute the judicial notice and subsequent documents provide by Defendant's are

15   evidence. The Ninth Circuit has held that a district court should not consider new evidence presented

16   in a reply to a motion for summary judgment without first giving the non-movant an opportunity to

17

18   respond to the new evidence. Provenz v. Miller, 102 F.3d 1478 (9th Cir. 1996).

19       WHEREFORE, Plaintiff respectfully request this Honorable Court enter an order granting

20   leave to file Plaintiff's short sur-reply annexed to this motion where the facts brought forth therein

21   are material to the issues before this Court.

22

23

24   Dated: _July 28_, 2014

25

26                                                          Deon Thomas, Plaintiff

27

28

                                              2

1

2

**Certificate of Conference**

3

As required by L.R. 7-3, I certify that I have conferred, or made a reasonable attempt to confer with Defendant's council about the merits of this Motion with the following results: Defendant's council opposes this motion as seen in "Attachment A."

4

5

6

7

July 28, 2014

8

9

10

Deon Thomas, Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing documents has been sent to the parties listed below by USPS First Class Mail.

Richard R. Therrien
**LAW OFFICE OF RICHARD R. THERRIEN**
2691 Dow Ave., Ste. "F"
Tustin, Calif. 92780
Telephone: (714) 361-8130
Facsimile: (714) 361-8151
Richard@rrtlawoffices.com

Attorney for Defendants LOOMIS-THERRIEN, A LAW CORPORATION and
TARY C. LOOMIS-THERRIEN

Date: July 28, 2014

Deon Thomas, Plaintiff

# EXHIBIT A



Deon t <dlthomas32@gmail.com>

## Per Local Rule to Meet and Confer regarding Motion for Leave to file Sur-Reply

4 messages

**Deon t <dlthomas32@gmail.com>**
To: Richard@rrtlawoffices.com
Bcc: deon thomas` <dlthomas32@gmail.com>

Wed, Jul 23, 2014 at 11:03 PM

Mr. Richard Therrien,

I am in receipt of your Reply to my Motion in Opposition, please note that I intend to file a leave for a Sur-Reply, due to the fact that you have in your reply included additional information, not in your original Motion to Dismiss and attached evidence and this is a Motion to Dismiss. The Court should deem this as a Summary Judgment, so in order receive relief from the Court that I need, I am sending this meet and confer correspondence. Please respond by 12 noon Friday July 25, 2014, with your consent or opposition or else I will have no choice but to seek the relief from the Court as mentioned.

Sincerely

Deon Thomas

**Richard R Therrien <richard@rrtlawoffices.com>**
To: Deon t <dlthomas32@gmail.com>

Thu, Jul 24, 2014 at 2:48 PM

Dear Mr. Thomas:

The information contained in our reply was in direct response to your denial of receiving the February correspondence. It is our position that you have not been forthright with the court about you receiving the February correspondence at issue. Hence, I will not agree to any further briefing by you on this motion.

Very Truly yours,

Richard R. Therrien, Esq.

Law Offices of Richard R. Therrien

2691 Dow Ave., Ste. F

Tustin. Calif 92780

714-361-8130

**From:** Deon t [mailto:dlthomas32@gmail.com]
**Sent:** Wednesday, July 23, 2014 11:03 PM
**To:** Richard@rrtlawoffices.com
**Subject:** Per Local Rule to Meet and Confer regarding Motion for Leave to file Sur-Reply

[Quoted text hidden]

**Deon t <dlthomas32@gmail.com>**                                                    Thu, Jul 24, 2014 at 5:21 PM
To: Richard R Therrien <richard@rrtlawoffices.com>

Mr. Richards,

Now that I have received your response of not agreeing to my motion regarding our meet and confer about my filing Motion for leave, I will be filing that
you oppose this motion and let the Court make the determination.

Sincerely

Deon Thomas
[Quoted text hidden]

---

**Richard R Therrien <richard@rrtlawoffices.com>**                                    Fri, Jul 25, 2014 at 8:28 AM
To: Deon t <dlthomas32@gmail.com>

Dear Mr. Thomas:


Thanks for the update on your intentions.


Richard R. Therrien, Esq.

Law Offices of Richard R. Therrien

2691 Dow Ave., Ste. F

Tustin. Calif 92780

714-361-8130




**From:** Deon t [mailto:dlthomas32@gmail.com]
**Sent:** Thursday, July 24, 2014 5:21 PM
**To:** Richard R Therrien
**Subject:** Re: Per Local Rule to Meet and Confer regarding Motion for Leave to file Sur-Reply

[Quoted text hidden]

1     Deon Thomas, Plaintiff
        14626 Red Gum Street
2     Moreno Valley, CA 92555
        951-413-9071
3     dlthomas32@gmail.com

4

5

6                  **UNITED STATES DISTRICT COURT**
7               **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 8                            ) | Case No: EDCV14-00979-CAS-JCx |
| 9   Deon Thomas;             ) | |
|        *Plaintiff*          ) | PLAINTIFF SUR-REPLY TO |
| 10                       ) | DEFENDANT'S REPLY TO |
|                       ) | PLAINTIFFS OPPOSITION TO |
| 11   v.                   ) | DEFENDANT'S MOTION TO |
|                       ) | DISMISS; IN THE ALTERNATIVE |
| 12   Loomis-Therrien, A Law    ) | CONVERT MOTION TO DISMISS |
| 13   Corporation;          ) | TO SUMMARY JUDGMENT |
|                       ) | |
| 14   Tary C. Loomis-Therrien, as an   ) | |
| 15   individual           ) | Date: August    , 2014 |
|                       | Time: 10:00 A.M. |
| 16     *Defendants* | Court Rm: 5 – 2nd Floor |
| 17                         | |
| 18 | Complaint Filed: May 15, 2014 |
| | Judge: Hon. Christine A Snyder |

19

20        **TO THIS HONARABLE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF**

21     **RECORD HEREIN:**

22

23        Comes Now Plaintiff Deon Thomas ("Plaintiff"), who respectfully request leave of the Court

24     to file the attached sur-reply addressing new evidence in the reply brief in support of Defendant's

25     Loomis-Therrien, A Law Corporation ("Loomis") and Tary C. Loomis-Therrien ("Tary C."),

26     ("Collectively Defendant's") motion.

27     Plaintiff cites the following authority from the Local Rules of the Central District of California:

28

1

2

3

***L.R. 7-10 Reply Papers.*** A moving party may, not later than fourteen (14) days before the date designated for the hearing of the motion, serve and file a reply memorandum, and declarations or other rebuttal evidence. Absent prior written order of the Court, the opposing party shall not file a response to the reply.

4

Plaintiffs' filing brings to the attention of the Court of new evidence brought forth in

5

Defendant's Reply to Plaintiffs' opposition to their motion as Exhibit A-D and Declaration of Tary C,

6

which is disputed. The Court should consider this as a Motion for Summary Judgment, because in a

7

Motion to Dismiss you can't consider anything outside the pleading or else it be converted by the

8

9

Judge to a Summary Judgment Motion, unless it is a matter of record in another Court case or public

10

record, pursuant to Federal Rules of Civil Procedures ("FRCP") 56. As a general rule, the Court may

11

not consider any material beyond the pleadings in ruling on a Rule 12(b)(6) motion. Lee v. City of

12

Los Angeles, 250 F.3d 668, 688 (9th Cir. 2001). Defendant submitted Exhibits A-D in their reply

13

brief, so Plaintiff would not have any opportunity to respond to content. Defendant's efforts blatantly

14

15

contravene the Local Rules, well settled Ninth Circuit precedent and deprive Plaintiff of a meaningful

16

opportunity to respond. See Local Rules Civ. 7.2 ("the moving party shall serve and file with the

17

motion's papers a memorandum setting forth the points and authorities relied upon in support of the

18

motion"); Docusign, Inc. v. Sertifi, Inc., 2006 WL 3000134, *2 (W.D. Wash. 2006) (citing United

19

States v. Patterson, 230 F.3d 1168, 1172 n.3 (9th Cir. 2000) ("It is well established that new

20

21

arguments and evidence presented for the first time in Reply are waived."). Here, Defendant's

22

February 21, 2008 letter and other evidence provided as Exhibits A-D is an improper and untimely

23

attempt by Defendant's to submit evidence in its reply paper that should have been submitted with

24

Defendant's moving papers. As set forth in Plaintiff's opposition to Defendant's Motion to Dismiss,

25

Defendant's bear the burden of establishing that the Reply Exhibits A-D is within the scope of

26

27

Plaintiffs' Verified Complaint. Defendant's failed by not submitting Reply Exhibits A-D in support

28

of its Motion, and declaration by Tary C. is an attempt to correct this deficiency in Defendant's

2

showing, by submitting for the first time purported evidence. *See* Provenz v. Miller, 102 F.3d 1478, 1483 (9th Cir. 1996) (quoting Black v. TIC Inv. Corp., 900 F.2d 112, 116 (7th Cir. 1990) ("'where new evidence is presented in a reply to a motion … district courts should not consider the new evidence without giving the non-movant an opportunity to respond.'"). Defendants chose to withhold its purported evidence of good faith until reply, thereby denying Plaintiff the opportunity to respond to that evidence in its opposition. Defendant's tactical maneuver is improper, and should be rejected.

In the alternative, the court should convert Defendant's Motion to Dismiss to a summary judgment. The Court should conclude that Plaintiff's claim do not rely on Defendant's 2008 letters. The Court therefore cannot consider Defendant's 2008 evidence in ruling on Defendant's Motion to Dismiss under Rule 12(b)(6). Rule 12(d), however, allows the Court to convert a Rule 12(b)(6) motion to dismiss to a Rule 56 motion for summary judgment. See 12(d) ("If, on a motion under Rule 12(b)(6) or 12(c), matters outside the pleading are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion."); see also Swedberg v. Marotzke, 339 F.3d 1139, 1146 (9th Cir. 2003) ("A Rule 12(b)(6) motion to dismiss supported by extraneous materials cannot be regarded as one for summary judgment until the district court acts to convert the motion by indicating, preferably by an explicit ruling, that it will not exclude those materials from its consideration."); In re Rothery, 143 F.3d 546, 549 (9th Cir. 1998) "There is no notice requirement for the conversion [of a Rule 12(b)(6) motion into a Rule 56 motion], but the court must give the parties a reasonable opportunity to present material that would be pertinent under the summary judgment motion.").

1      WHEREFORE, Plaintiff respectfully request this Honorable Court enter this short sur-reply

2   where the facts brought forth therein are material to the issues before this Court. In the alternative,

3   the court should convert Defendant's Motion to Dismiss to a summary judgment.

4

5   Dated: July 28, 2014

6

                                        Deon Thomas, Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        4

1

2

**Certificate of Conference**

3

4

5

    As required by L.R. 7-3, I certify that I have conferred, or made a reasonable attempt to confer with Defendant's council about the merits of this Motion with the following results: Defendant's council opposes this motion as seen in "Attachment A."

6

7

8

July 28, 2014

9

10

11

                         Deon Thomas, Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2 **CERTIFICATE OF SERVICE**

3 The undersigned hereby certifies that a true and correct copy of the foregoing documents has been

4 sent to the parties listed below by USPS First Class Mail.

5

6 Richard R. Therrien
**LAW OFFICE OF RICHARD R. THERRIEN**

7 2691 Dow Ave., Ste. "F"
Tustin, Calif. 92780

8 Telephone: (714) 361-8130
Facsimile: (714) 361-8151

9 Richard@rrtlawoffices.com

10 Attorney for Defendants LOOMIS-THERRIEN, A LAW CORPORATION and

11 TARY C. LOOMIS-THERRIEN

12

13 Date: July 28, 2014

14

15

16                          Deon Thomas, Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A



Deon t <dlthomas32@gmail.com>

### Per Local Rule to Meet and Confer regarding Motion for Leave to file Sur-Reply

4 messages

**Deon t** <dlthomas32@gmail.com>                                                   Wed, Jul 23, 2014 at 11:03 PM
To: Richard@rrtlawoffices.com
Bcc: deon thomas` <dlthomas32@gmail.com>

Mr. Richard Therrien,

I am in receipt of your Reply to my Motion in Opposition, please note that I intend to file a leave for a Sur-Reply, due to the fact that you have in your reply included additional information, not in your original Motion to Dismiss and attached evidence and this is a Motion to Dismiss. The Court should deem this as a Summary Judgment, so in order receive relief from the Court that I need, I am sending this meet and confer correspondence. Please respond by 12 noon Friday July 25, 2014, with your consent or opposition or else I will have no choice but to seek the relief from the Court as mentioned.

Sincerely

Deon Thomas

---

**Richard R Therrien** <richard@rrtlawoffices.com>                                  Thu, Jul 24, 2014 at 2:48 PM
To: Deon t <dlthomas32@gmail.com>

Dear Mr. Thomas:


The information contained in our reply was in direct response to your denial of receiving the February correspondence. It is our position that you have not been forthright with the court about you receiving the February correspondence at issue. Hence, I will not agree to any further briefing by you on this motion.


Very Truly yours,



Richard R. Therrien, Esq.

Law Offices of Richard R. Therrien

2691 Dow Ave., Ste. F

Tustin. Calif 92780

714-361-8130




**From:** Deon t [mailto:dlthomas32@gmail.com]
**Sent:** Wednesday, July 23, 2014 11:03 PM
**To:** Richard@rrtlawoffices.com
**Subject:** Per Local Rule to Meet and Confer regarding Motion for Leave to file Sur-Reply

[Quoted text hidden]

---

**Deon t** <dlthomas32@gmail.com>                                            Thu, Jul 24, 2014 at 5:21 PM
To: Richard R Therrien <richard@rrtlawoffices.com>

Mr. Richards,

Now that I have received your response of not agreeing to my motion regarding our meet and confer about my filing Motion for leave, I will be filing that
you oppose this motion and let the Court make the determination.

Sincerely

Deon Thomas
[Quoted text hidden]

---

**Richard R Therrien** <richard@rrtlawoffices.com>                          Fri, Jul 25, 2014 at 8:28 AM
To: Deon t <dlthomas32@gmail.com>

Dear Mr. Thomas:

Thanks for the update on your intentions.

Richard R. Therrien, Esq.

Law Offices of Richard R. Therrien

2691 Dow Ave., Ste. F

Tustin. Calif 92780

714-361-8130

**From:** Deon t [mailto:dlthomas32@gmail.com]
**Sent:** Thursday, July 24, 2014 5:21 PM
**To:** Richard R Therrien
**Subject:** Re: Per Local Rule to Meet and Confer regarding Motion for Leave to file Sur-Reply

[Quoted text hidden]