UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV14-979-CAS(JCx) | Date | August 12, 2014 |
|---|---|---|---|
| Title | *DEON THOMAS v. LOOMIS-THERRIEN; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Catherine M. Jeang | Laura Elias |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Deon Thomas, Pro Se | Not Present |

**Proceedings:**       (IN CHAMBERS) - ORDER TO SHOW CAUSE

On June 26, 2014, defendant Tary C. Loomis-Therrien filed a Motion to Dismiss Plaintiff's Verified Complaint, noticed for hearing on August 11, 2014, at 10:00 A.M. The Court held the hearing. No appearance was made by the defendant, nor on defendant's behalf, at the August 11, 2014 hearing.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 26, 2014** why default should not be entered against defendant Tary C. Loomis-Therrien for failure to appear, or have counsel present, at the August 11, 2014 hearing.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |