Richard R. Therrien, State Bar Number 135414
**LAW OFFICE OF RICHARD R. THERRIEN**
2691 Dow Ave., Ste. "F"
Tustin, Calif. 92780
Telephone:  (714) 361-8130
Facsimile:    (714) 361-8151
E-Mail: Richard@rrtlawoffices.com

Attorney for Defendants LOOMIS-THERRIEN, A LAW CORPORATION and
TARY C. LOOMIS-THERRIEN

## UNTIED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON THOMAS,<br><br>                          Plaintiff,<br><br>    vs.<br><br><br>LOOMIS-THERRIEN, A LAW<br>CORPORATION; TARY C.<br>LOOMIS-THERRIEN, as an<br>individual,<br><br><br>                          Defendants. | Case No:  EDCV14-00979-CAS-JCx<br>Hon.  Christina A. Snyder<br><br>**AMENDED DECLARATION OF<br>RICHARD R. THERRIEN RE OSC<br>WHY DEFALT SHOULD NOT BE<br>ENTERED AGAINST DEFENDANT<br>TARY C LOOMIS-THERRIEN**<br><br>Date:  August 26, 2014<br>Complaint filed: 05/15/14 |

///

///

-1-

**AMENDED DECLARATION OF RICHARD R. THERRIEN RE OSC WHY
DEFALT SHOULD NOT BE ENTERED AGAINST DEFENDANT TARY C
LOOMIS-THERRIEN**

I, Richard R. Therrien, declare:

1.      I am an attorney duly licensed to practice before all the courts in the State of California and before the United States District Court, Central District of California.  Further, I am the attorney of record for defendant Tary C. Loomis-Therrien.

2.      The facts contained herein are of my own personal knowledge and if call to do so, I could and would competently thereto. I am submitting this declaration regarding the amended notice of the Order To Show Cause why a default should not be entered against Tary C. Loomis-Therrien for my failure to appear at the August 11, 2014 hearing on the motion to dismiss.

3.      This declaration is being made pursuant to L.R. 7-14 and 83-7.

4.      After filing our reply to the plaintiff's opposition to dismiss, I received an e-mail from plaintiff requesting to meet and confer concerning his request to file a sur-reply to our reply. When I decline to agree to a supplemental briefing by the plaintiff, the plaintiff filed a "motion for leave to file a sur-reply to the defendants' reply to plaintiff's opposition to defendant's motion to dismiss" [see docket #13]. The hearing date is set for September 8, 2014. Since the plaintiff

-2-

**AMENDED DECLARATION OF RICHARD R. THERRIEN RE OSC WHY DEFALT SHOULD NOT BE ENTERED AGAINST DEFENDANT TARY C LOOMIS-THERRIEN**

was seeking to provide an additional brief, in the form of a sur-reply for the pending motion that was set for August 11, 2014, I thought, mistakenly, that the motion to dismiss would also be heard on September 8, 2014. This belief was based on that the motion to dismiss was not fully brief and was pending further determination by the Court to allow further briefing on the defendants' motion to dismiss. Hence, I did not attend the hearing on August 11, 2014.

5.     My failure to attend the August 11, 2014 was a mistake on my part and it was not to show disrespect to the Court, and it was not done with any willful, gross negligent or reckless conduct on my part. Further, I failure to attend is only because I thought that the pending motion on September 8, 2014 was for additional briefing by the plaintiff on the motion to dismiss and therefore I mistakenly thought that the court would hear the motion to dismiss on September 8, 2014 when the matter would be fully briefed. Accordingly, my conduct does not rise to the level of bad faith, willful, gross negligence or reckless on my part. Rather it was a mistake on my part, for which I apologize to the Court. Therefore I respectfully request that the Court does not enter against my client, defendant Tary C. Loomis-Therrien

-3-

**AMENDED DECLARATION OF RICHARD R. THERRIEN RE OSC WHY DEFALT SHOULD NOT BE ENTERED AGAINST DEFENDANT TARY C LOOMIS-THERRIEN**

I declare under penalty of perjury that the foregoing is true and correct and executed this 18th day of August 2014 at Tustin, California.

_____/S/ Richard R. Therrien_____
Richard R. Therrien, declarant

-4-

**AMENDED DECLARATION OF RICHARD R. THERRIEN RE OSC WHY DEFALT SHOULD NOT BE ENTERED AGAINST DEFENDANT TARY C LOOMIS-THERRIEN**

**PROOF OF SERVICE**
**Thomas v Loomis-Therrien et al**
**United States District Court – Central District of California Case No. EDCV14-00979-CAS-JCx**

I am a resident of the State of California.  I am over 18 years of age and not a party to the within action.  My business address is 2691 Dow Ave. Ste. "F", Tustin, California 92780. On August 18, 2014, I served the following document(s) by the method indicated below:

**AMENDED DECLARATION OF RICHARD R. THERRIEN RE OSC WHY DEFALT SHOULD NOT BE ENTERED AGAINST DEFENDANT TARY C LOOMIS-THERRIEN**

[ ]  by transmitting via facsimile on this date the document(s) listed above to the facsimile numbers set forth below. The transmission was completed before the close of business and was reported complete and without error.

[ ]  by placing the document(s) listed above in a sealed envelope via U. S. mail with postage thereon fully prepaid, in the United States Office at Tustin, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party serve, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in the Declaration.

[ ]  BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Central District of California website https://ecf.cacd.uscourts.gov.

[ ]   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set for forth below. A copy of the consignment slip is attached to this proof of service.

[ X ]  by placing into a seal envelope which contained a true copy of each annexed document, and which envelope was addressed to the addressee as follows, would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid for Certified Mail, Return-Receipt Requested at Tustin, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal

-5-

**AMENDED DECLARATION OF RICHARD R. THERRIEN RE OSC WHY DEFALT SHOULD NOT BE ENTERED AGAINST DEFENDANT TARY C LOOMIS-THERRIEN**

cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit as to

Deon Thomas
14626 Red Gum Street
Moreno Valley, Ca. 92555

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on August 18, 2014 at Tustin, California.

/s/ Richard R. Therrien_____
Richard R. Therrien

-6-

**AMENDED DECLARATION OF RICHARD R. THERRIEN RE OSC WHY DEFALT SHOULD NOT BE ENTERED AGAINST DEFENDANT TARY C LOOMIS-THERRIEN**