UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

O

| Case No. | 5:14-cv-00979-CAS(JCx) | Date | August 18, 2014 |
|---|---|---|---|
| Title | DEON THOMAS V. LOOMIS-THERRIEN; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:      Attorneys Present for Defendants:

Not Present                                           Not Present

**Proceedings:** (IN CHAMBERS): PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS (Dkt. 13, filed July 28, 2014)

On July 28, 2014, plaintiff Deon Thomas filed a Motion for Leave to File a Sur-Reply to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. Dkt. 13. On August 15, 2014, defendants opposed this motion. Dkt. 18. The Court notes that plaintiff has requested a hearing for September 8, 2014. In light of this Court's August 12, 2014 Order granting in part and denying in part defendants' Motion to Dismiss, and granting plaintiff leave to file an amended complaint, dkt. 14, the Court hereby VACATES the September 8, 2014 hearing and DENIES as moot plaintiff's Motion for Leave to File a Sur-Reply.

**IT IS SO ORDERED.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |