UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:14-cv-00979-CAS(JCx) | Date | August 18, 2014 |
|---|---|---|---|
| Title | DEON THOMAS V. LOOMIS-THERRIEN; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS): AMENDED DECLARATION OF RICHARD R. THERRIEN RE: OSC WHY DEFAULT SHOULD NOT BE ENTERED AGAINST DEFENDANT TARY C. LOOMIS-THERRIEN (Filed 08/18/14)[20]

The Court is in receipt of and has reviewed the above-referenced declaration in response to this Court's Order to Show Cause. The Court discharges its Order to Show Cause dated August 12, 2014.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |